

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00221-CV

Aaron **MULVEY**,
Appellant

v.

**GRAYSON PONTIAC, INC.**,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI26931
Honorable Rosie Alvarado, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios Justice
               Beth Watkins, Justice

Delivered and Filed: October 16, 2024

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

On September 23, 2024, Appellant Aaron Mulvey filed an unopposed motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). In accordance with the parties' agreement, costs of the appeal are taxed against the party incurring them. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM